IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LYNDON WILLIAMS, individually, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-12-077-RAW |
| | ) |
| STATE FARM MUTUAL | ) |
| AUTOMOBILE INSURANCE | ) |
| COMPANY, a foreign corporation; and | ) |
| NATIONAL UNION FIRE INS. | ) |
| COMPANY OF PITTSBURH | ) |
| PENNSYLVANIA, a foreign | ) |
| corporation; | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, Lyndon Williams, by and through his attorney of record, and dismisses with prejudice all claims which have been or could have been asserted against Defendant, National Union Fire Ins. Company of Pittsburgh Pennsylvania, pursuant to Fed. R. Civ. Proc. 41. Such claims have been resolved as reflected in the Order entered by the Court on December 4, 2012 (Doc. No. 102). Said parties shall bear their own attorneys fees and cost.

As noted below, all parties join in this Stipulation of Dismissal with Prejudice as mandated by Rule 41. Defendant, State Farm has previously been Dismissed with Prejudice.

Respectfully submitted,
s/Thomas J. Steece
Thomas J. Steece, OBA # 11531
Oklahoma Legal Services, PLLC
6303 N. Portland Ave., Ste. 300
Oklahoma City, OK 73112
Telephone (405) 943-8300
Facsimile (405) 942-2661
TSteece@coxinet.net
Attorney for Plaintiff

1

s/William D. Perrine
(signed with permission)
William D. Perrine, OBA #11955
Reagan L. Madison, OBA #20761
Perrine, McGivern, Redemann
Berry & Taylor, P.L.L.C.
1437 S. Boulder Ave., Suite 620
PO Box 1710
Tulsa, OK 74101-1710
Telephone (918) 382-1400
Facsimile (918) 382-1499
wperrine@pmrlaw.net
rmadison@pmrlaw.net
Attorneys for Defendant,
National Union Fire
Insurance Company of Pittsburgh, PA